IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL RECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-1141-RJD |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Counsel's Motion for Out-of-Pocket Expenses (Doc. 133). Pursuant to Section 2.6 of the Plan for the Administration of the District Court Fund, Plaintiff's *pro bono* counsel seeks reimbursement in the total amount of $7,700 for the consultation, review and expert report of David Hellerstein, M.D., Ph.D., C.C.H.P. Plaintiff's Counsel acknowledges that no more than $2,000 in out-of-pocket expenses may be reimbursed from the District Court Fund.

While the Court notes that reimbursement is typically made following the entry of judgment in a case, there is no such requirement that reimbursement cannot be made intermittently throughout litigation. Further, the Court acknowledges that the Court's Plan for the Administration of the District Court Fund limits reimbursement of pro bono counsel's out-of-pocket expenses at $2,000.00.

The Court finds that the allowance of reimbursement in the amount of $2,000 is warranted and equitable in this circumstance. The Court notes that this is the maximum amount allowed for

out-of-pocket expenses in this case. No further reimbursement for out-of-pocket expenses will be allowed. The Motion for Out-of-Pocket Expenses (Doc. 133) is **GRANTED**. The Clerk of Court shall disburse a check from the District Court Fund in the amount of $2,000 to *pro bono* counsel:   Nino Przulj, Thompson Coburn LLP – One US Bank Plaza, St. Louis, Missouri, 63101.

**IT IS SO ORDERED.**

**DATED:   March 5, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**